*Per Curiam:* Writs of error severally dismissed for want of jurisdiction. *Tullis* v. *Lake Erie & Western R. R. Co.,* 175 U. S. 348, and cases cited; *Pittsburg &c. Ry. Co.* v. *Lightheiser,* 168 Indiana, 438; *Same* v. *Collins,* 168 Indiana, 467; and *Same* v. *Ross,* 80 N. E. Rep. 845.

———————

## *In re* JONES.

### PETITION FOR MANDAMUS AND MOTION FOR LEAVE TO FILE THE SAME.

Submitted December 7, 1908.—Decided December 14, 1908.

Leave to file petition for mandamus to direct a suit against a corporation incorporated under act of Congress to be remanded to the state court, refused.

*Mr. S. P. Jones* for petitioner:

There was no appearance for any of the other parties.

*Per Curiam:* Motion for leave to file a petition for a writ of mandamus denied.

[As to the right of the Texas & Pacific Railway Co. to remove a case, on the ground that it is a corporation organized under an act of Congress, see *Matter of Dunn, ante,* p. 374.]

———————

## GAINES *v.* KNECHT.

### ERROR TO THE COURT OF APPEALS OF THE DISTRICT OF COLUMBIA.

No. 52.  Argued December 11, 1908.—Decided December 14, 1908.

Writ of error to review decision of Court of Appeals of the District of Columbia on appeal from Commissioner of Patents, 27 App. D. C. 530, dismissed on authority of *Frasch* v. *Moore,* 211 U. S. 1.